## STATEMENT OF FACTS

On February 3, 2019 at approximately 4:32 p.m., members of the Metropolitan Police Department's 7th District Crime Suppression Team were driving an ummarked police vehicle in the 3000 block of 30th Street, SE in Washington, D.C.  Officer Gendelman observed the defendant, later identified as Michael Drummond, DOB: xx/xx/xxxx, walking on the sidewalk in front of 3016 30th Street, SE, holding a lit white hand-rolled filterless cigarette consistent with a marijuana joint.  Officer Gendelman stepped out of the vehicle and immediately smelled the odor of burnt marijuana coming from the lit joint in the defendant's hand.  Officers recovered the white cigarette.  Officer Gendelman conducted a pat-down of the defendant and felt a hard object in the defendant's front right pants pocket.  The defendant turned and ran and was stopped after a few steps by Officer Gendelman and Officer Perez.  The defendant was handcuffed and officers recovered a black revolver handgun from his front right pocket.  The handgun recovered was a black with wood grip revolver RG 23 serial number T515011 .22 caliber and was fully loaded with six rounds of ammunition.  The defendant has a prior conviction in the Superior Court of the District of Columbia for Attempt to Commit Robbery, docket number 2013 CF3 021295.  This offense is punishable by imprisonment for more than one year in the District of Columbia.  There are no firearms manufacturers located in the District of Columbia.

A portion of the green leafy substance inside the lit cigarette that was recovered from the defendant field tested positive for THC, the active ingredient in marijuana.  Also recovered from the defendant's person were the following items:  white rolling papers, a clear bag with suspected marijuana weighing approximately 28 grams, $95 United States currency broken down in small denominations,  2 pink zips of a white substance that field tested positive for methamphetamines, 1 clear bag with white powder that field tested positive for cocaine and 7 loose rounds of .22 caliber ammunition.

_____
OFFICER RICARDO PEREZ
METROPOLITAN POLICE
DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF FEBRUARY, 2019.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE